# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

_____

No. 18-30044
Summary Calendar

_____

United States Court of Appeals
Fifth Circuit

**FILED**
August 30, 2018

Lyle W. Cayce
Clerk

LARRY GEGENHEIMER; SHEILA GEGENHEIMER,

Plaintiffs - Appellees

v.

RAOUL A. GALAN, JR.,

Defendant - Appellant

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:87-CV-1294

_____

Before REAVLEY, GRAVES, and HO, Circuit Judges.

PER CURIAM:*

AFFIRMED.  *See* Fifth Cir. R. 47.6.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.